UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAODONG MA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-05707-KK-DFM<br><br>JUDGMENT |

It is hereby adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order Granting the Petition (Dkt. 9), and Respondents are (1) ordered to immediately release Xiaodong Ma (A# 242-464-172), from custody; (2) ordered to return any confiscated property and documents to Petitioner upon his release; (3) enjoined from re-detaining Petitioner under 8 U.S.C. § 1226 without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required; and (4) ordered to file a status report regarding its compliance with this Order no later than three (3) court days of Petitioner's release. (JS-6)

Dated: October 9, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge

CC: BOP/USMED/IMMRELEASE